# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 1:22-cv-00532-AWI-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM <br><br> (ECF No. 1, 5, 7) |

Clifton Williams, Jr. ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On May 6, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to state a cognizable claim. (ECF No. 5.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations, and on May 16, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 7.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the filed objections, the Court concludes that the

1

findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on May 6, 2022 (ECF No. 5), are ADOPTED in full; and

2. This action is DISMISSED for failure to state a cognizable claim.

IT IS SO ORDERED.

Dated: __June 3, 2022__                          _____
                                                 SENIOR DISTRICT JUDGE